JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFIED GROCERS, INC., a California corporation,<br><br>            Plaintiff,<br>    v.<br><br>VM INTERNATIONAL, INC., a California corporation; and DOES 1 through 5,<br><br>            Defendants. | Case No. 5:19-cv-02365-JWH-SHKx<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS** |

GOOD CAUSE APPEARING pursuant to the Parties' Joint Stipulation to Dismiss With Prejudice, THE FOLLOWING IS HEREBY ORDERED:

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-entitled matter is hereby dismissed with prejudice and each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: August 3, 2021

_____
Hon. John W. Holcomb
Judge, United States District Court

ORDER

1840587.1